Julien G. Sourwine, Esq.
Nevada State Bar No. 422
jgsourwine@sourwineandsloane.com
SOURWINE & SLOANE, LTD.
4950 Kietzke Lane, Suite 302
Reno, Nevada 89509
Telephone: (775) 828-0200
Facsimile: (775) 828-0211
Attorney for Cissy A. Garrison

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JIMMY GARRISON,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC.;<br>UPS GROUND FREIGHT, INC and<br>TEAMSTERS LOCAL 533,<br><br>    Defendants. | CASE NO.   3:11-cv-00372-RCJ-VPC<br><br>**JOINT STATUS REPORT**<br><br>ORDER |

    Pursuant to the Order for Settlement and Release and Dismissal of Claims filed September 12, 2012, the parties hereby submit the following joint status report.

    1.    After the Stipulation for Settlement and Release and Dismissal of Claims was entered into by the parties' substituted plaintiff, Cissy A. Garrison, as successor to Jimmy Garrison and as Special Administrator of the Estate of Jimmy Garrison, sought and received Washoe County probate court ratification and approval of, and authorization to perform her obligation under, the settlement. A true copy of the Order Approving Settlement of Federal Litigation filed October 4, 2012, in Case No. PR12-00278, in the Second Judicial District Court of the State of Nevada, in and for the County of Washoe is attached hereto as Exhibit 1.

    2.    Paragraph 6. D. (6) of the Settlement Stipulation required Cissy A. Garrison to request the National Labor Relations Board to dismiss any charge that may be currently pending. A copy of the letter dated October 16, 2012, signed by Mrs. Garrison and her undersigned attorney that was sent to the National Labor Relations Board is attached hereto as Exhibit 2. Subsequent to the letter an NLRB representative requested additional information from the parties and copies of

the settlement stipulation and the Washoe County probate court order were sent to the NLRB. The parties have heard nothing further, but actual dismissal of charges by the NLRB is not a condition of the settlement. All Mrs. Garrison was required to do was to request dismissal.

3. The Settlement Stipulation required Teamsters Local 533 to pay to Mrs. Garrison the sum of $500.00. That payment has been received.

4. The Settlement Stipulation required defendants United Parcel Service, Inc. and UPS Ground Freight, Inc. to pay Mrs. Garrison as Special Administrator the sum of $12,000.00 less tax deductions UPS deemed required. That payment in the net sum of $11,322.00 ($504.00 was deducted for Social Security Tax and $174.00 was deducted for Medicare Tax) has been received.

5. All things required by the Settlement Stipulation to be done by the parties have been done. Accordingly, the parties request this court to enter its order approving the settlement and release and dismissal of claims stipulated to by the parties and to dismiss with prejudice the four cases consolidated under Case No. 3:11- cv-00372-RCJ-VPC.

SOURWINE & SLOANE, LTD.

Dated: October 30, 2012

By: _____
JULIEN G. SOURWINE, ESQ.
Nevada State Bar No. 422
jgsourwine@sourwineandsloane.com
4950 Kietzke Lane, Suite 302
Reno, Nevada 89509
Telephone: (775) 828-0200
Facsimile: (775) 828-0211
Attorneys for Cissy A. Garrison

///
///
///
///
///
///
///

```
                                    HOLLAND & HART LLP
                                    ANTHONY L. HALL, ESQ.
                                    Nevada State Bar No. 5977
                                    Ahall@hollandandhart.com
                                    DORA V. LANE, ESQ.
                                    Nevada State Bar No. 8424
                                    5441 Kietzke Lane, Second Floor
                                    Reno, Nevada 89511
                                    Telephone: (775) 327-3000
                                    Facsimile: (775) 786-6179
                                    Local Counsel for Defendants, United Parcel
                                    Service, Inc./UPS Ground Freight, Inc.

                                    and

                                    FROST BROWN TODD LLC

Dated: 10/30/12           By: /s/ David L. Hoskins
                                    DAVID L. HOSKINS, ESQ.
                                    dhoskins@fbtlaw.com
                                    400 W. Market Street, 32nd Floor
                                    Louisville, Kentucky 40202
                                    Telephone: (502) 589-5400
                                    Facsimile: (502) 581-1087
                                    Attorneys for Defendant, United Parcel
                                    Service, Inc./UPS Ground Freight, Inc.


Dated: 10/30/12           By: /s/ Michael E. Langton
                                    MICHAEL E. LANGTON, ESQ.
                                    Nevada State Bar No. 290
                                    mlangton@sbcglobal.net
                                    801 Riverside Drive
                                    Reno, Nevada 89503
                                    Attorney for Teamsters Local 533
```

**ORDER**
IT IS SO ORDERED this 17th day of January, 2014.

_____
ROBERT C. JONES
District Judge