1  Julien G. Sourwine, Esq.
   Nevada State Bar No. 422
2  jgsourwine@sourwineandsloane.com
   SOURWINE & SLOANE, LTD.
3  4950 Kietzke Lane, Suite 302
   Reno, Nevada  89509
4  Telephone: (775) 828-0200
   Facsimile: (775) 828-0211
5  Attorney for Cissy A. Garrison

6                    **UNITED STATES DISTRICT COURT**

7                          **DISTRICT OF NEVADA**

8

9  JIMMY GARRISON,

10         Plaintiff,                    CASE NO.    3:11-cv-00372-RCJ-VPC

11  vs.                                  **JOINT STATUS REPORT**

12  UNITED PARCEL SERVICE, INC.;
    UPS GROUND FREIGHT, INC and
13  TEAMSTERS LOCAL 533,                     ORDER

14         Defendants.

15         Pursuant to the Order for Settlement and Release and Dismissal of Claims filed September

16  12, 2012, the parties hereby submit the following joint status report.

17         1.      After the Stipulation for Settlement and Release and Dismissal of Claims was

18  entered into by the parties' substituted plaintiff, Cissy A. Garrison, as successor to Jimmy Garrison

19  and as Special Administrator of the Estate of Jimmy Garrison, sought and received Washoe County

20  probate court ratification and approval of, and authorization to perform her obligation under, the

21  settlement.  A true copy of the Order Approving Settlement of Federal Litigation filed October 4,

22  2012, in Case No. PR12-00278, in the Second Judicial District Court of the State of Nevada, in and

23  for the County of Washoe is attached hereto as Exhibit 1.

24         2.      Paragraph 6. D. (6) of the Settlement Stipulation required Cissy A. Garrison to

25  request the National Labor Relations Board to dismiss any charge that may be currently pending.  A

26  copy of the letter dated October 16, 2012, signed by Mrs. Garrison and her undersigned attorney

27  that was sent to the National Labor Relations Board is attached hereto as Exhibit 2.  Subsequent to

28  the letter an NLRB representative requested additional information from the parties and copies of

1   the settlement stipulation and the Washoe County probate court order were sent to the NLRB.  The

2   parties have heard nothing further, but actual dismissal of charges by the NLRB is not a condition

3   of the settlement.  All Mrs. Garrison was required to do was to request dismissal.

4       3.    The Settlement Stipulation required Teamsters Local 533 to pay to Mrs. Garrison the

5   sum of $500.00.  That payment has been received.

6       4.    The Settlement Stipulation required defendants United Parcel Service, Inc. and UPS

7   Ground Freight, Inc. to pay Mrs. Garrison as Special Administrator the sum of $12,000.00 less tax

8   deductions UPS deemed required.  That payment in the net sum of $11,322.00 ($504.00 was

9   deducted for Social Security Tax and $174.00 was deducted for Medicare Tax) has been received.

10      5.    All things required by the Settlement Stipulation to be done by the parties have been

11  done.  Accordingly, the parties request this court to enter its order approving the settlement and

12  release and dismissal of claims stipulated to by the parties and to dismiss with prejudice the four

13  cases consolidated under Case No. 3:11- cv-00372-RCJ-VPC.

14

15      SOURWINE & SLOANE, LTD.

16

17  Dated: _October 30, 2012_     By:_____

18      JULIEN G. SOURWINE, ESQ.
    Nevada State Bar No. 422

19      jgsourwine@sourwineandsloane.com
    4950 Kietzke Lane, Suite 302

20      Reno, Nevada 89509
    Telephone: (775) 828-0200

21      Facsimile: (775) 828-0211
    Attorneys for Cissy A. Garrison

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1

2   HOLLAND & HART LLP
    ANTHONY L. HALL, ESQ.
3   Nevada State Bar No. 5977
    Ahall@hollandandhart.com
    DORA V. LANE, ESQ.
4   Nevada State Bar No. 8424
    5441 Kietzke Lane, Second Floor
5   Reno, Nevada 89511
    Telephone: (775) 327-3000
6   Facsimile: (775) 786-6179
    Local Counsel for Defendants, United Parcel
    Service, Inc./UPS Ground Freight, Inc.
7

8   and

9   FROST BROWN TODD LLC

10  Dated:  _10/30/12_          By: _David L Hoskins_

11                                DAVID L. HOSKINS, ESQ.
                                  dhoskins@fbtlaw.com
12                                400 W. Market Street, 32nd Floor
                                  Louisville, Kentucky 40202
13                                Telephone: (502) 589-5400
                                  Facsimile: (502) 581-1087
14                                Attorneys for Defendant, United Parcel
                                  Service, Inc./UPS Ground Freight, Inc.

15

16

17  Dated:  _10/30/12_          By: _Michael E. Langton_

18                                MICHAEL E. LANGTON, ESQ.
                                  Nevada State Bar No. 290
19                                mlangton@sbcglobal.net
                                  801 Riverside Drive
20                                Reno, Nevada 89503
                                  Attorney for Teamsters Local 533

21

22

23  ORDER
    IT IS SO ORDERED this 17th day of January, 2014.
24

25

26  _R. C. Jones_

27  ROBERT C. JONES
    District Judge
28